IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| BRYAN & BRYAN ASPHALT | § | |
| v. | § | CIVIL ACTION NO. 6:06cv541 |
| TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY, ET AL. | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the Agreed Motion to Dismiss With Prejudice be granted. No written objections have been filed. Accordingly, the findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Agreed Motion to Dismiss With Prejudice (document #12) is **GRANTED** and the complaint is **DISMISSED** with prejudice.

**So ORDERED and SIGNED this 18th day of April, 2007.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**